IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In re:

CLICKED AI,

    Debtor

Case No. 24-20226
Chapter 11, Subchapter V



FILED

3:17 pm, 6/18/24

Tim J. Ellis
Clerk of Court

**ORDER, NOTICE OF DEADLINES INCLUDING DEADLINE FOR THE FILING OF PROOFS OF CLAIM, AND DATE SET FOR § 1188(A) STATUS CONFERENCE**

THIS MATTER comes before the court *sua sponte.* On June 13, 2024, Debtor filed a voluntary Chapter 11, Subchapter V Petition. Upon review of the Petition, it is ORDERED:

1. Counsel for Debtor must file an Application to be employed, together with an Affidavit of Disinterestedness, within 30 days of the chapter 11 filing. See Fed. R. Bankr. P. 2014.

2. Debtor shall file the lists, schedules, and statements required by Fed. R. Bankr. P. 1007 that are applicable to subchapter V cases under Chapter 11 within the time limits specified therein;

3. The disclosures of attorney compensation required by 11 U.S.C. § 329 must be filed within fourteen (14) days of the order for relief;

4. Debtor must appear and submit to examination under oath at the meeting of creditors pursuant to 11 U.S.C. § 341(a);

5. Debtor is required to comply with the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, with specific reference made to 11 U.S.C. § 1187;

6. A Case Management Status Conference pursuant to 11 U.S.C. § 1188(a) will be held **August 7, 2024,** at **9:00 a.m.** by telephone conference. Counsel for Debtor, Debtor, and the appointed Trustee shall appear. Parties to a scheduled teleconference hearing are responsible to call the Court to participate in the hearing. **Five minutes before the scheduled hearing time, parties shall call 1-571-353-2301, the Client ID is 715961300.** Hearings may be a stacked setting or overlap. In those circumstances, please remain silent until your case is called. The courtroom deputy will take roll call prior to the hearings;

7. In accordance with 11 U.S.C. § 1188(c), not later than fourteen (14) days before this status conference, Debtor shall file with the court and serve on the trustee and all parties in interest, a report detailing Debtor's business, the reasons for filing bankruptcy, and the efforts Debtor has undertaken and will undertake to attain a consensual plan of reorganization, and any anticipated disputes;

8. Debtor shall file a plan of reorganization not later than 90 days after the entry of the order for relief under this chapter as required by 11 U.S.C. §1189(b);

9. **Except for governmental units which are governed by 11 U.S.C. § 502(b)(9), the bar date for the filing of claims in a subchapter V case under Chapter 11 is sixty (60) days from the order for relief;**

10. In accordance with 11 U.S.C. § 1187(b), the debtor shall also comply with 11 U.S.C. § 308 by filing an original monthly report with the Clerk of the Bankruptcy Court with a copy simultaneously served upon the U.S. Trustee. The monthly reports shall be in the form specified by the U.S. Trustee. Said reports are due on a calendar month basis and shall be filed by the 20th of the month following the applicable month.

11. Failure to comply with this Order may result in dismissal without further notice or hearing.

BY THE COURT

_/s/ Cathleen D. Parker_  6/18/2024
Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
    Matrix