IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | |
|     CLICKED AI, | ) | Case No. 24-20226 |
| | ) | Chapter 11 |
| | ) | |
|     Debtor. | ) | **ORDER GRANTING EXPEDITED** |
| | ) | **HEARING ON MOTION FOR ENTRY OF** |
| | ) | **ORDER AUTHORIZING USE OF CASH** |
| | ) | **COLLATERAL PURSUANT TO** |
| _____ | ) | **SECTIONS 361 AND 363** |

      This matter came before the court on Debtor's Motion For Expedited Hearing On Expedited Motion For Entry of Order Authorizing Use of Cash Collateral Pursuant to Sections 361 and 363 (the "Motion"). The Court, having considered the Motion, the pleadings on file and all other relevant matters, and good cause appearing, hereby GRANTS the Motion.

      It is ORDERED that an evidentiary interim hearing on the Expedited Motion For Order Authorizing Use of Cash Collateral shall be held on Wednesday, June 26, 2024 at 11:00 a.m. (Mountain Time).

      It is further ORDERED that Debtor shall serve all parties on the creditor mailing matrix this Order, debtor's Expedited Motion For Entry Of An Order Authorizing Use of Cash Collateral and Proposed Order and the Lok Declaration by hand delivery, overnight mail or email on or before June 21, 2024 at 5:00 p.m. (Mountain Time).

      IT IS FURTHER ORDERED that the Debtor shall file a certificate of service on or before June 24, 2024 stating the documents served, the name and address of the

attorney or party served, the capacity in which the person was served, and the manner and date of service.

IT IS FINALLY ORDERED that objections to the Expedited Motion For Entry of Order Authorizing Use of Cash Collateral Pursuant to Sections 361 and 363 must be filed at least 48 hours prior to the date and time of the scheduled Hearing.

DATED this \_\_\_\_ day of June 2024.

_____
United States Bankruptcy Court Judge