IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CLICKED AI, | ) | |
| | ) | Case No. 24-20226 |
| Debtor. | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |

**DEBTOR'S REPORT PURSUANT TO 11 U.S.C. § 1188(C)**

Debtor Clicked AI, as debtor-in-possession in the above-captioned chapter 11 case, hereby files this report pursuant to 11 U.S.C. § 1188(c) and states as follows:

**A.    Debtors' Business.**

Debtor primary business model is to procure goods from suppliers and freight forwarders located outside the United States directly to Amazon fulfillment centers and markets those goods on Amazon.com's online sales platform to reach customers.  The sole owner and member of Clicked AI is Kenny Lok.

**B.    Reasons For Filing Bankruptcy.**

In early 2024, Debtor incurred a significant supply chain disruption when a shipment from one of its suppliers from Europe, B&R Classics LLC, did not arrive, was lost in significant part, and also resulted in expired goods that could not be resold.

**C.    Efforts to Achieve Consensus On A Plan.**

Debtor has had discussions with its secured creditor in first position, Amazon Capital Services, LLC.  The goal is to achieve an agreement as to the value of debtor's inventory as of the Petition Date, which will largely determine the proposed

payments under an eventual plan

Respectfully submitted this 25th day of July, 2024.

/s/ Clark Stith

_____

Clark Stith
505 Broadway
Rock Springs, WY 82901
(307)382-5565 telephone
(307) 382-5552 fax
clarkstith@yahoo.com
***Attorney for Debtor***
W.S.B. No. 6-3176

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of July, 2024, I served the within Debtor's Report Pursuant to 11 U.S.C. § 1188(c) through the court's NextGen filing system.

/s/ Clark Stith

_____

Clark Stith, Attorney for Clicked AI