Docusign Envelope ID: 5F1D039F-4F07-4403-B50C-2F24BE9348BB

**Fill in this information to identify the case:**

Debtor Name  Clicked AI

United States Bankruptcy Court for the: District of Wyoming

Case number:  24-20226

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11     12/17

Month:      June                              Date report filed: _____

Line of business:  SALES                                         MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:        Kenny Lok

Original signature of responsible party    *Kenny Lok*
                                          E63939349AF647C...

Printed name of responsible party    Kenny Lok

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Clicked AI

Case number  24-20226

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  9,697.09

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  22,621.09

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  31,318.18

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  -8,697.09

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  1,000.00

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  0.00

*(Exhibit E)*

Debtor Name  Clicked AI

Case number  24-20226

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**
    *(Exhibit F)*

$  74,664.55

## 5. Employees

26. What was the number of employees when the case was filed?      1

27. What is the number of employees as of the date of this monthly report?      1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?      $  0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $  0.00

30. How much have you paid this month in other professional fees?      $  0.00

31. How much have you paid in total other professional fees since filing the case?      $  0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** — | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 — | $ 22,621.09 = | $ 22,621.09 |
| 33. **Cash disbursements** | $ 0.00 — | $ 31,318.18 = | $ 31,318.18 |
| 34. **Net cash flow** | $ 0.00 — | $ -8,697.09 = | $ -8,697.09 |

35. Total projected cash receipts for the next month:      $ 237,000.00

36. Total projected cash disbursements for the next month:      - $ 230,000.00

37. Total projected net cash flow for the next month:      = $ 7,000.00

Debtor Name  Clicked AI

Case number 24-20226

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**CLICKED AI JUNE 2024**

Exhibit A

5. Filed motion to be relieved of DIP accounts

Exhibit B

10. Accounts still exist due to motion to be relieved of DIP account requirement.

Exhibit C

| DATE | FROM | AMOUNT | |
|------|------|--------|---|
| 14-Jun | DivvyPay | $ 1,719.83 | Bill |
| 17-Jun | Kenny Lok | $ 14,195.44 | Other Revenue |
| 17-Jun | PingPong | $ 435.63 | Amazon CAD + Amazon MXN |
| 18-Jun | Schwab Bank | $ 4,513.04 | Other Revenue |
| 18-Jun | DLOCAL | $ 2.97 | Amazon Pay |
| 20-Jun | PingPong | $ 1,242.39 | Amazon CAD + Amazon MXN |
| 26-Jun | Amazon | $ 414.46 | Amazon Pay |
| | | $ 22,523.76 | |
| | Dividend | $ 96.33 | |

**Exhibit D**

| Date Paid | Payee | Purpose | AMOUNT |
|---|---|---|---|
| 13-Jun | Brex Card | Accounts Payable | $ 9,785.69 |
| 17-Jun | Retailyouup | Bill - Accounts Payable | $ 6,883.42 |
| 19-Jun | Brex Card | Accounts Payable | $ 2,718.98 |
| 20-Jun | Retailyouup | Bill - Accounts Payable | $ 6,251.00 |
| 22-Jun | Brex Card | Accounts Payable | $ 79.20 |
| 24-Jun | Retailyouup | Bill - Accounts Payable | $ 2,184.43 |
| 24-Jun | Retailyouup | Airwallex - Contractors | $ 125.00 |
| 26-Jun | Retailyouup | Bill - Accounts Payable | $ 875.00 |
| 26-Jun | Retailyouup | Airwallex - Contractors | $ 150.00 |
| 27-Jun | Retailyouup | Bill - Accounts Payable | $ 2,265.46 |
| | | | $ 31,318.18 |

*Exhibit F.*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| | ) | |
| Clicked AI, | ) | Case No. 24-20226 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **DECLARATION OF KENNY LOK IN** |
| | ) | **SUPPORT OF EXPEDITED MOTION FOR** |
| | ) | **ENTRY OF ORDER AUTHORIZING USE** |
| | ) | **OF CASH COLLATERAL** |
| _____ | ) | |
| | ) | |

I, Kenny Lok, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently thereto.

2. I am the President of Clicked AI, a Wyoming corporation (the "Company"). The Company is in the business of purchasing and reselling retail goods in bulk.

3. The Company is a going concern with average monthly revenue of approximately $270,000.00 per month. It has sixteen contractors that perform administrative and day to day functions for the Company. Paying these contractors is necessary for the company to continue operations. The Company also has ordinary operating expenses for the purchase of new inventory, for rent for its office and other customary expenses. The Company proposes to use its cash to pay ordinary business expenses.

4. Currently, the Company is unable to pay its liabilities as they become due. If the amount of secured debt were reduced commensurate with the value of the Company's assets, then the Company would be viable going forward.

5. There are certain secured creditors with an interest in the Company's cash collateral,  They are (1) Amazon Capital Services, Inc. dba Amazon Lending; (2) Syndimate 2017 LP; (3) Celtic Bank dba Kabbage; and (4) Parafin Inc.   These creditors have security interests in the Company's accounts receivables and/or inventory.

6. After the filing of Clicked AI's chapter 11 petition on June 13, 2024, creditor Amazon Capital Services, Inc, doing business as Amazon Lending, froze Clicked AI's Amazon seller account ("Seller Account"), which is administered by Amazon Services LLC or an affiliate of Amazon.com, Inc.  Specifically, on the Amazon web portal for Clicked AI, there is a notation that Amazon is holding $74,664.55 of Clicked AI's money in an "Account Level Reserve."  *See* Exhibit A.

7. According to the June 16, 2024 web portal report, Clicked AI had a "beginning balance" of a positive $68,052.63, plus additional sales proceeds of $20,898.63, which represents money that Clicked AI has earned through its sales since June 13, 2024 but which is still in Amazon's possession and which has not been remitted to Clicked AI. After deducting for certain expenses ($13,387.59) and refunds ($909.02), the web portal for Clicked AI with Amazon should reflect net proceeds of $74,664.55, but instead reflects "net proceeds" of zero, with Amazon holding the $74,664.55 in an "Account Level Reserve." *See* Exhibit A.   This action appears to be the result of Clicked AI's chapter 11 filing.

8. Virtually all of Clicked AI's sales occur on Amazon's amazon,com platform. Amazon has assigned a merchant number A3ITMN7TLDLXFM to Clicked AI.

9.   If Amazon Services LLC, Amazon.com, Inc. and Amazon Capital Services Inc. doing business as Amazon Lending are allowed to continue withholding Clicked AI's earned revenue, then Clicked AI will quickly be forced to cease operations.   The funds that Amazon is holding are crucial for Clicked AI to pay for its day-to-day operations and to purchase replacement inventory.

10. In order for the Company to continue as a going concern and to propose a feasible chapter 11 plan, it is imperative that the Company be allowed both to use the proceeds from its sales to purchase new inventory and that it be allowed to sell its existing inventory in the ordinary course of business.   Allowing the use of cash collateral now will be in the best interest of creditors, who stand to receive more from a successful reorganization than from liquidation of the Company.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on June 18, 2024.


___/s/ Kenny Lok _____

President
Clicked AI

**ClickedAI - Budgeting**

| | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Amazon Sales | $225,000.00 | $246,000.00 | $260,000.00 | $265,000.00 | $292,000.00 | $395,000.00 |
| Other Revenue | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cost of Goods Sold** | | | | | | |
| Amazon Refunds | -$11,250.00 | -$12,300.00 | -$13,000.00 | -$13,250.00 | -$14,600.00 | -$19,750.00 |
| Amazon Expenses: Amazon Fees | -$77,625.00 | -$84,870.00 | -$89,700.00 | -$94,075.00 | -$103,660.00 | -$140,225.00 |
| Amazon Expenses: Others (FBA fees, Promo rebates, Storage | -$17,200.00 | -$18,530.00 | -$19,457.00 | -$31,000.00 | -$36,000.00 | -$42,000.00 |
| Inventory Acquisition / Cost of Goods Sold | -$77,106.62 | -$79,631.00 | -$68,604.00 | -$61,257.00 | -$66,521.00 | -$89,961.00 |
| Logistics | -$12,500.00 | -$7,500.00 | -$24,000.00 | -$18,000.00 | -$14,000.00 | -$14,000.00 |
| **Operating Expenses** | | | | | | |
| Advertising & Marketing | -$22,500.00 | -$24,600.00 | -$26,000.00 | -$26,500.00 | -$33,580.00 | -$61,225.00 |
| Insurance | | -$200.00 | | -$779.00 | | |
| Legal Expense | -$89.00 | -$89.00 | -$89.00 | -$89.00 | -$89.00 | -$89.00 |
| Meal or Entertainment | -$900.00 | -$900.00 | -$900.00 | -$900.00 | -$900.00 | -$900.00 |
| Office Expense | -$500.00 | -$500.00 | -$500.00 | -$500.00 | -$500.00 | -$500.00 |
| Office Rent | -$1,150.00 | -$1,150.00 | -$1,150.00 | -$1,150.00 | -$1,150.00 | -$1,150.00 |
| Other Fees | -$179.38 | -$130.00 | | | | |
| Payroll & Benefits | -$12,500.00 | -$12,500.00 | -$13,000.00 | -$13,500.00 | -$14,500.00 | -$19,000.00 |
| Software or Service | -$1,000.00 | -$600.00 | -$600.00 | -$1,000.00 | -$2,500.00 | -$1,200.00 |
| Cash Collateral | -$2,500.00 | -$2,500.00 | -$3,000.00 | -$3,000.00 | -$4,000.00 | -$5,000.00 |
| **Cash & Cash Equivalent** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

 **Jun 1 - Jun 30, 2024**
Account Number: 8868



**Clicked AI business account - 2**
30 N Gould St
7202
Sheridan, WY 82801

Brex Treasury LLC

For inquiries:

50 W Broadway
Suite 333, #15548
Salt Lake City, UT 84101

Support
+1 (833) 228-2044
support@brex.com

# Account Statement

1. Account Summary
2. Activity – Deposits & Credits
3. Activity – Withdrawals & Debits
4. Account Holdings
5. Holdings – Securities
6. Holdings - Cash at Partner Banks
7. Holdings - Uninvested Cash
8. Activity – Securities Bought & Sold
9. Activity – Dividends, interest, & other income
10. Income Summary

Jun 1 - Jun 30, 2024
Account Number: 8868



Clicked AI business account - 2

# Account Summary

| | This period | Year-to-date |
|---|---|---|
| **Beginning account balance** | $4,358.99 | $74,600.00 |
| | | |
| **Additions** | $58,616.49 | $1,122,881.64 |
| Deposits & Credits | $58,616.49 | $1,122,881.64 |
| **Subtractions** | -$62,071.81 | -$1,197,232.33 |
| Withdrawals & Debits | -$62,071.81 | -$1,197,232.33 |
| Fees & Charges | - | - |
| **Dividends received\*** | $96.33 | $750.69 |
| **Interest received\*\*** | - | - |
| **Ending account balance** | $1,000.00 | $1,000.00 |

\* Dividends correspond to accruals from the previous statement period. Appreciation or depreciation of your holdings due to price changes plus any distributions and income earned during the statement period.

\*\* Total interest received during the statement period in respect of uninvested core balances placed in partner banks. Interest is accrued daily and credited on the last business day of each month. The interest rate as of July 1, 2024 was 0%. The interest rate represents the rate applicable to uninvested core account balances as of the statement closing date.

Jun 1 - Jun 30, 2024
Account Number: 8868

 **Brex**

Clicked AI business account - 2

## Activity - Deposits & Credits

| Date | From | Method | Amount |
|------|------|--------|--------|
| 6/3 | PINGPONG 3724 | ACH | $218.87 |
| 6/4 | AMAZON.C6YEIK9UJ | ACH | $35,593.24 |
| 6/5 | PINGPONG 3724 | ACH | $250.28 |
| 6/5 | DLOCAL LLP | ACH | $18.54 |
| 6/5 | DLOCAL LLP | ACH | $3.08 |
| 6/12 | AMAZON.CUB8U1JYS | ACH | $7.72 |
| 6/14 | DIVVYPAY LLC | ACH | $1,719.83 |
| 6/17 | KENNY LOK | Wire | $14,195.44 |
| 6/17 | PINGPONG 3724 | ACH | $435.63 |
| 6/18 | SCHWAB BANK | ACH | $4,513.04 |
| 6/18 | DLOCAL LLP | ACH | $2.97 |
| 6/20 | PINGPONG 3724 | ACH | $1,242.39 |
| 6/26 | AMAZON.C1MT6Z2O7 | ACH | $415.46 |
| **Total Deposits & Credits** | | | **$58,616.49** |

## Activity - Withdrawals & Debits

| Date | To | Method | Amount |
|------|----|--------|--------|
| 6/3 | CARDMEMBER SERV | ACH | -$35.43 |
| 6/4 | Retailyouup (Bill) | Wire | -$10,032.53 |
| 6/4 | AG Logistics | ACH | -$718.50 |
| 6/5 | Brex Card | Payment | -$3,249.22 |
| 6/5 | RetailYouUP (Airwallex) | ACH | -$200.00 |
| 6/6 | Brex Card | Payment | -$1,231.75 |
| 6/6 | Retailyouup (Bill) | Wire | -$7,000.00 |
| 6/6 | Retailyouup (Bill) | Wire | -$2,222.00 |
| 6/7 | RetailYouUP (Airwallex) | Wire | -$2,389.00 |
| 6/10 | RetailYouUP (Wise) | ACH | -$3,063.39 |
| 6/10 | Diane He | Wire | -$570.45 |
| 6/11 | Shenzhen CTB Testing Technology Co., Ltd | Wire | -$41.36 |
| 6/13 | Brex Card | Payment | -$9,785.69 |
| 6/17 | Retailyouup (Bill) | Wire | -$6,883.42 |
| 6/19 | Brex Card | Payment | -$2,718.98 |
| 6/20 | Retailyouup (Bill) | Wire | -$6,251.00 |
| 6/22 | Brex Card | Payment | -$79.20 |
| 6/24 | Retailyouup (Bill) | Wire | -$2,184.43 |
| 6/24 | Retailyouup (Bill) | Wire | -$125.00 |
| 6/26 | Retailyouup (Bill) | Wire | -$875.00 |
| 6/26 | RetailYouUP (Airwallex) | Wire | -$150.00 |
| 6/27 | Retailyouup (Bill) | Wire | -$2,265.46 |

**Total Withdrawals & Debits**                                              **-$62,071.81**

Jun 1 - Jun 30, 2024
Account Number: 8868



Clicked AI business account – 2

## Account Holdings

**Securities**                          $1,000.00

**Cash at Partner Banks***                    -

**Uninvested Cash****                        -

Account carried by Brex Treasury LLC, Member FINRA and SIPC.

* Your uninvested account balances are held at the partner bank or banks shown on this page. The deposits are obligations of each partner bank and are not obligations of Brex Treasury LLC. Balances at partner banks are not covered by SIPC but are insured by the FDIC up to $250,000 per partner bank for a total of $6M across all Cash accounts. For more information please see additional disclosures on the final page of your statement.

** Uninvested cash represents inbound and outbound funds that will be allocated to either partner banks, money market funds, or other third parties according to the instructions you provided in the Brex dashboard. In the event of a negative cash balance in your account, funds will be withdrawn from partner banks or money market funds based on these same instructions. This sweep will occur on the next business day.

## Holdings - Securities

| Security name | Symbol | Quantity | Price per unit | Ending value market | Unrealized gain/loss |
|---|---|---|---|---|---|
| Dreyfus Government Cash Management – Investor Shares | DGVXX | 1,000.00 | $1.00 | $1,000.00 | – |
| **Total mutual funds*** | | | | **$1,000.00** | – |

*These funds are independently managed and are not affiliated with Brex Treasury LLC.

## Holdings - Cash at Partner Banks

| Bank name | Ending value |
|---|---|
| **Cash at Partner Banks** | – |

## Holdings - Uninvested Cash

| | Ending value |
|---|---:|
| **Uninvested Cash** | - |

Jun 1 - Jun 30, 2024
Account Number: 8868

**⟁ Brex**

Clicked AI business account - 2

If you have elected to participate in the Brex Cash money market fund sweep, Brex Treasury will automatically invest, or "sweep," cash not immediately needed to satisfy your payment instructions to a government money market fund in accordance with your instructions. The following transactions reflect the needed activity to support money movement associated with your deposits and withdrawals and the dividends received from the invested balances. You will not receive confirmations for individual transactions. This section reflects all securities transactions in your account for the given time period (including purchases, redemptions, dividends, dividend reinvestments, and deposits). Please see the Brex Cash Program Disclosures located at www.brex.com/legal/brex-cash-partner-banks for more information on the mechanics of the money market fund sweep.

## Activity - Securities bought & sold

| Settlement date | Security name | Symbol | Transaction description | Quantity | Price per unit | Transaction amount |
|---|---|---|---|---|---|---|
| 6/3 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 96.33 | $1.00 | -$96.33 |
| 6/3 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 183.44 | $1.00 | -$183.44 |
| 6/4 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 35,593.24 | $1.00 | -$35,593.24 |
| 6/4 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -10,751.03 | $1.00 | $10,751.03 |
| 6/5 | Dreyfus Government Cash Management - | DGVXX | Sold | -3,449.22 | $1.00 | $3,449.22 |

| Settlement date | Security name | Symbol | Transaction description | Quantity | Price per unit | Transaction amount |
|---|---|---|---|---|---|---|
| | Investor Shares | | | | | |
| 6/5 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 250.28 | $1.00 | -$250.28 |
| 6/5 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 21.62 | $1.00 | -$21.62 |
| 6/6 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -1,231.75 | $1.00 | $1,231.75 |
| 6/6 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -9,222.00 | $1.00 | $9,222.00 |
| 6/7 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -2,389.00 | $1.00 | $2,389.00 |
| 6/7 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -3,063.39 | $1.00 | $3,063.39 |
| 6/10 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -570.45 | $1.00 | $570.45 |
| 6/11 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -41.36 | $1.00 | $41.36 |
| 6/12 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 7.72 | $1.00 | -$7.72 |
| 6/13 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Sold | -9,785.69 | $1.00 | $9,785.69 |
| 6/14 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Bought | 1,719.83 | $1.00 | -$1,719.83 |
| 6/17 | Dreyfus Government Cash Management - | DGVXX | Bought | 7,747.65 | $1.00 | -$7,747.65 |

| Settlement date | Security name | Symbol | Transaction description | Quantity | Price per unit | Transaction amount |
|---|---|---|---|---|---|---|
| | Investor Shares | | | | | |
| 6/18 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Bought | 4,513.04 | $1.00 | -$4,513.04 |
| 6/19 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Sold | -2,716.01 | $1.00 | $2,716.01 |
| 6/20 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Sold | -5,008.61 | $1.00 | $5,008.61 |
| 6/22 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Sold | -79.20 | $1.00 | $79.20 |
| 6/24 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Sold | -2,309.43 | $1.00 | $2,309.43 |
| 6/26 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Sold | -1,025.00 | $1.00 | $1,025.00 |
| 6/26 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Bought | 415.46 | $1.00 | -$415.46 |
| 6/27 | Dreyfus Government Cash Management – Investor Shares | DGVXX | Sold | -2,265.46 | $1.00 | $2,265.46 |

| | | |
|---|---|---|
| **Total securities bought** | | -$50,548.61 |
| **Total securities sold** | | $53,907.60 |
| **Net securities bought & sold** | | $3,358.99 |

Jun 1 - Jun 30, 2024
Account Number: 8868



Clicked AI business account - 2

## Activity — Dividends, interest, & other income

| Settlement date | Security name | Symbol | Transaction description | Transaction amount |
|---|---|---|---|---|
| 6/3 | Dreyfus Government Cash Management - Investor Shares | DGVXX | Dividend Received | $96.33 |
| **Total dividends, interest, & other income** | | | | **$96.33** |

Jun 1 - Jun 30, 2024
Account Number: 8868



Clicked AI business account - 2

## Income summary

| | This period | Year-to-date |
|---|---|---|
| **Taxable** | | |
| Dividends | $96.33 | $750.69 |
| Interest | - | - |
| **Total taxable** | **$96.33** | **$750.69** |

Jun 1 – Jun 30, 2024
Account Number: 8868

**Brex**

Clicked AI business account - 2

**Statement corrections.** Please review your statement and promptly report any inaccuracies or discrepancies to Brex Treasury LLC (Brex Treasury) at support@brex.com or +1 (833) 228-2044. Please advise us of any material changes in your company's investment objectives or financial situation. Any oral communications should be re-confirmed in writing to protect your rights, including rights under the Securities Investor Protection Act (SIPA). Please include your account number when writing to us.

**SIPC coverage.** Brex Treasury is a member of the Securities Investor Protection Corporation (SIPC). Customers are protected up to the applicable SIPC limits (currently up to $500,000, including cash claims of up to $250,000) if Brex Treasury were to go out of business and there were customer securities or funds unaccounted for. However, SIPC coverage does not protect against a decline in the market value of securities or the failure of a money market fund. For details, including the SIPC brochure, please see www.sipc.org.

**Free credit balances.** You are entitled to the free credit balance in your account, subject to any pending commitments or transactions in your account. Free credit balances are not segregated and may be used by Brex Treasury in accordance with federal securities laws. In addition, if you are participating in either the Brex Cash FDIC-insured sweep or money market fund sweep, the balance in the bank deposit account or shares of the money market fund in which you have a beneficial interest may be liquidated on your order and the proceeds returned to your securities account or remitted to you.

**Core account balances.** Your uninvested core account balance will be swept to FDIC-insured accounts at one or more Brex partner banks. Your account balance will generally be swept to the partner bank on the business day following the date that funds are credited to your account. Once at a partner bank, the deposit is not covered by SIPC but is eligible for FDIC insurance coverage subject to the applicable coverage limit, which is currently up to $250,000 per account ownership per institution for a total of $6M across all Cash accounts. You are responsible for monitoring your total assets at each partner bank to confirm the extent of FDIC insurance available. For details, please see www.fdic.gov.

**Money market fund sweep.** If you have elected to place part or all of your account balance in the money market fund sweep option, your balances will be swept to an account at a money market mutual fund as described in the Brex Cash Program Disclosures located at www.brex.com/legal/brex-cash-partner-banks . An investment in a money market mutual fund is not insured or guaranteed by Brex Treasury, any bank, the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses.

**Prospectus delivery.** Contact Brex Treasury for a prospectus containing information about your fund holdings. Past performance data shown does not guarantee future results. Current performance may be higher or lower than quoted.

**Sales loads and fees.** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with access to, purchase of, and/or maintenance of positions in mutual fund or other investment products or platforms, some funds, or their investment affiliates, may pay Brex Treasury sales loads and 12b-1 fees as described in the prospectus as well as program participation and maintenance fees. In addition, Brex Treasury may receive fees from banks participating in the

FDIC-insured bank sweep program. Please see the Brex Cash Program Disclosures for more information. Additional information about the sources and amounts of compensation as well as other information received by Brex Treasury will be furnished to you upon written request. Upon written request, Brex Treasury will mail a financial statement, which is also available for inspection at its office.

**Physical Statements.** If you prefer to receive either a one-time physical statement and/or would like to opt out of electronic statements, please contact customer support at support@brex.com or +1 (833) 228-2044.

**Brex Treasury.** Brex Treasury carries your account and acts as your agent for trades in your account and as custodian for funds or securities you deposit with us or as a result of transactions we process for your account. Brex Treasury is a member of the Financial Industry Regulatory Authority, Inc. (FINRA). You may check the background of the firm on FINRA's BrokerCheck or contact FINRA at www.finra.org.