IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED

9:58 am, 8/6/24

Tim J. Ellis
Clerk of Court

| | |
|---|---|
| In re:<br>CLICKED AI,<br><br>Debtor | Case No. 24-20226<br>Chapter 11, Subchapter V |

**ORDER RESCHEDULING FINAL HEARING ON
DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH
COLLATERAL PURSUANT TO SECTIONS 361 AND 363**

THIS MATTER comes before the court *sua sponte*. On June 17, 2024, the court held a hearing on Debtor's Expedited Motion for Entry of Order Authorizing Use of Cash Collateral Pursuant to Sections 361 and 363 (ECF No. 11) and entered an Agreed Interim Order Authorizing Use of Cash Collateral Pursuant to Sections 361 and 363 (Interim Order, ECF No. 30). In the Interim Order, the court set a final hearing for the Motion on August 8, 2024 at 10:00 a.m. and ordered Debtor to serve a copy of the Interim Order and the proposed final order on Debtor's 20 largest unsecured creditors, priority creditors, secured creditors, the United States Trustee, the Subchapter V trustee, and those appearing and requesting notice. The Interim Order specified any objections to the proposed final order were to be filed on or before seven (7) days prior to the date of the final hearing. Finding no certificate of service of the Interim Order has been filed, and it appearing the above parties did not receive adequate notice of the final hearing,

IT IS, THEREFORE, ORDERED the final hearing on the Motion is RESCHEDULED and will be held in the Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, on **Monday, September 9, 2024 at 9:00 a.m.** Any objections to the proposed final order shall be filed on or before seven (7) days prior to the date of the final hearing. In the event there are no objections, the final hearing may be vacated without further notice.

IT IS FURTHER ORDERED Debtor's counsel shall serve a copy of this Order, along with copies of the Interim Order and the proposed final order (with Exhibit A attached), upon the parties identified above, and file a certificate of service within 7 days from the date of this Order.

BY THE COURT

_____ 8/6/2024
Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
 Clark Stith
 Mark Dennis, Subchapter V Trustee
 Daniel Morse, United States Trustee