**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re | ) |
| | ) |
| Clicked AI, | ) Case No. 24-20226 |
| | ) Chapter 11 |
| Debtor. | ) |

FILED
1:11 pm, 8/6/24
Tim J. Ellis
Clerk of Court

**ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF EXISTING FINANICAL ACCOUNTS AND CASH MANAGEMENT SYSTEM**

This matter came before the Court on Debtor's motion for an order authorizing use of existing financial accounts and cash management system (the "Motion"). The court, having considered the Motion, and no objections having been filed, hereby GRANTS the Motion.

Debtor is authorized to maintain and use its existing Brex, Inc. ("Brex") financial account and cash management system that it was using immediately before the filing of its bankruptcy petition and may treat its existing account as a debtor in possession account.

In the event that the balance in debtor's Brex account exceeds or is expected to exceed the limit of FDIC insurance for the account, debtor shall promptly notify the Office of the United States Trustee.

Debtor is authorized to use its existing financial accounts to pay ordinary business expenses, including payroll, utilities and payments to suppliers and contractors.

Debtor shall submit a copy of its Brex account statements with its monthly operating reports.

BY THE COURT:

*/s/ Cathleen D. Parker* 8/6/2024
United States Bankruptcy Judge