United States Bankruptcy Court

District of Wyoming

In re:     Case No. 24-20226-cdp

Clicked AI     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1089-2     User: admin     Page 1 of 2

Date Rcvd: Aug 06, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Clicked AI, 30 N. Gould Street, Suite 7202, Sheridan, WY 82801-6317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2024 22:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clark D. Stith | on behalf of Debtor Clicked AI clarkstith@wyolawyers.com valerieross@wyolawyers.com;r39368@notify.bestcase.com |
| Daniel J. Morse | on behalf of U.S. Trustee US Trustee daniel.j.morse@usdoj.gov |
| Mark D. Dennis | mdennis@slbiggs.com ecf.alert+DennisWYB@titlexi.com |
| US Trustee | |

District/off: 1089-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 2

USTPRegion19.cy.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED
9:58 am, 8/6/24
Tim J. Ellis
Clerk of Court

In re:
CLICKED AI,

Debtor

Case No. 24-20226
Chapter 11, Subchapter V

# ORDER RESCHEDULING FINAL HEARING ON DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTIONS 361 AND 363

THIS MATTER comes before the court *sua sponte*. On June 17, 2024, the court held a hearing on Debtor's Expedited Motion for Entry of Order Authorizing Use of Cash Collateral Pursuant to Sections 361 and 363 (ECF No. 11) and entered an Agreed Interim Order Authorizing Use of Cash Collateral Pursuant to Sections 361 and 363 (Interim Order, ECF No. 30). In the Interim Order, the court set a final hearing for the Motion on August 8, 2024 at 10:00 a.m. and ordered Debtor to serve a copy of the Interim Order and the proposed final order on Debtor's 20 largest unsecured creditors, priority creditors, secured creditors, the United States Trustee, the Subchapter V trustee, and those appearing and requesting notice. The Interim Order specified any objections to the proposed final order were to be filed on or before seven (7) days prior to the date of the final hearing. Finding no certificate of service of the Interim Order has been filed, and it appearing the above parties did not receive adequate notice of the final hearing,

IT IS, THEREFORE, ORDERED the final hearing on the Motion is RESCHEDULED and will be held in the Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, on **Monday, September 9, 2024 at 9:00 a.m.** Any objections to the proposed final order shall be filed on or before seven (7) days prior to the date of the final hearing. In the event there are no objections, the final hearing may be vacated without further notice.

IT IS FURTHER ORDERED Debtor's counsel shall serve a copy of this Order, along with copies of the Interim Order and the proposed final order (with Exhibit A attached), upon the parties identified above, and file a certificate of service within 7 days from the date of this Order.

BY THE COURT

_____ 8/6/2024
Honorable Cathleen D. Parker
United States Bankruptcy Judge

Service to:
    Clark Stith
    Mark Dennis, Subchapter V Trustee
    Daniel Morse, United States Trustee