United States Bankruptcy Court

District of Wyoming

In re:                    Case No. 24-20226-cdp

Clicked AI             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1089-2         User: admin         Page 1 of 2

Date Rcvd: Aug 06, 2024         Form ID: pdf900         Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Clicked AI, 30 N. Gould Street, Suite 7202, Sheridan, WY 82801-6317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 06 2024 22:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clark D. Stith | on behalf of Debtor Clicked AI clarkstith@wyolawyers.com valierieross@wyolawyers.com;r39368@notify.bestcase.com |
| Daniel J. Morse | on behalf of U.S. Trustee US Trustee daniel.j.morse@usdoj.gov |
| Mark D. Dennis | mdennis@slbiggs.com ecf.alert+DennisWYB@titlexi.com |
| US Trustee | |

| | | |
|---|---|---|
| District/off: 1089-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 06, 2024 | Form ID: pdf900 | Total Noticed: 2 |

USTPRegion19.cy.ecf@usdoj.gov

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

In re )
 )
    Clicked AI, ) Case No. 24-20226
 ) Chapter 11
 )
    Debtor. )
 )
 )
 )
_____ )

FILED

1:11 pm, 8/6/24

Tim J. Ellis
Clerk of Court

**ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING USE OF EXISTING FINANICAL ACCOUNTS AND CASH MANAGEMENT SYSTEM**

This matter came before the Court on Debtor's motion for an order authorizing use of existing financial accounts and cash management system (the "Motion"). The court, having considered the Motion, and no objections having been filed, hereby GRANTS the Motion.

Debtor is authorized to maintain and use its existing Brex, Inc. ("Brex") financial account and cash management system that it was using immediately before the filing of its bankruptcy petition and may treat its existing account as a debtor in possession account.

In the event that the balance in debtor's Brex account exceeds or is expected to exceed the limit of FDIC insurance for the account, debtor shall promptly notify the Office of the United States Trustee.

Debtor is authorized to use its existing financial accounts to pay ordinary business expenses, including payroll, utilities and payments to suppliers and contractors.

Debtor shall submit a copy of its Brex account statements with its monthly operating reports.

BY THE COURT:

_Cathleen D Parker_ 8/6/2024
United States Bankruptcy Judge