| ClickedAI - Budgeting | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Amazon Sales | $257,294.24 | $260,000.00 | $275,000.00 | $290,000.00 | $320,000.00 | $415,000.00 |
| Other Revenue | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $7,000.00 |
| **Cost of Goods Sold** | | | | | | |
| Amazon Refunds | -$12,864.71 | -$13,000.00 | -$13,750.00 | -$14,500.00 | -$16,000.00 | -$20,750.00 |
| Amazon Expenses: Amazon Fees | -$88,766.51 | -$89,700.00 | -$94,875.00 | -$102,950.00 | -$113,600.00 | -$147,325.00 |
| Amazon Expenses: Others (FBA fees, Promo rebates, Storage | -$19,297.07 | -$19,500.00 | -$20,625.00 | -$31,900.00 | -$35,200.00 | -$45,650.00 |
| Inventory Acquisition / Cost of Goods Sold | -$73,623.92 | -$89,231.00 | -$80,011.00 | -$76,232.00 | -$82,061.00 | -$104,186.00 |
| Logistics | -$12,500.00 | -$10,000.00 | -$25,000.00 | -$20,000.00 | -$16,000.00 | -$15,000.00 |
| **Operating Expenses** | | | | | | |
| Advertising & Marketing | -$25,729.42 | -$26,000.00 | -$27,500.00 | -$29,000.00 | -$40,000.00 | -$62,250.00 |
| Insurance | $0.00 | -$200.00 | $0.00 | -$779.00 | $0.00 | $0.00 |
| Legal Expense | -$89.00 | -$89.00 | -$89.00 | -$89.00 | -$89.00 | -$89.00 |
| Meal or Entertainment | -$900.00 | -$900.00 | -$900.00 | -$900.00 | -$900.00 | -$900.00 |
| Office Expense | -$500.00 | -$500.00 | -$500.00 | -$500.00 | -$500.00 | -$500.00 |
| Office Rent | -$1,150.00 | -$1,150.00 | -$1,150.00 | -$1,150.00 | -$1,150.00 | -$1,150.00 |
| Other Fees | -$179.38 | -$130.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll & Benefits | -$17,694.22 | -$9,000.00 | -$10,000.00 | -$11,000.00 | -$12,000.00 | -$18,000.00 |
| Software or Service | -$1,000.00 | -$600.00 | -$600.00 | -$1,000.00 | -$2,500.00 | -$1,200.00 |
| Adequate Protection Payment | -$5,000.00 | -$5,000.00 | -$5,000.00 | -$5,000.00 | -$5,000.00 | -$5,000.00 |
| Trustee Payment | -$3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cash & Cash Equivalent** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |