IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) ) | |
| CLICKED AI, | ) ) | Case No. 24-20226 |
| Debtor. | ) ) | Chapter 11 |
| | ) ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of August, 2024, I served the Order Rescheduling Final Hearing On Debtor's Motion for Entry of Order Authorizing Use of Cash Collateral (Dkt. No. 44), the Agreed Interim Order Authorizing Use of Cash Collateral and Setting Hearing (Dkt. No. 30), the Proposed Final Order Authorizing Use Of Cash Collateral (Dkt. No. 24-5) and revised Exhibit A to Final Order (Dkt. No. 51) through the court's electronic filing system and by United States mail, postage prepaid and addressed to Debtor's 20 largest unsecured creditors, priority creditors, secured creditors, the United States Trustee the Subchapter V trustee and those appearing and requesting notice, as set forth on the attached creditor mailing matrix.

Respectfully submitted this 10th day of August , 2024.

/s/ Clark Stith

---

Clark Stith
505 Broadway
Rock Springs, WY 82901
(307)382-5565 telephone
(307) 382-5552 fax
clarkstith@yahoo.com
*Attorney for Debtor*
W.S.B. No. 6-3176